Merridee A. LLANTADA, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2007–3202.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2008.

Norman Jackman, Jackman & Roth LLP, of Cambridge, MA, argued for petitioner.

Michael N. O'Connell, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before LOURIE, GAJARSA and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.